Eric J. Gravel - SBN: 256672
Law Offices of Eric J. Gravel
350 Rhode Island St, Suite 240
San Francisco, CA 94103
Ph: (650) 931-6000
ctnotices@gmail.com

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 16-43100 |
| JERRY MICHAEL SMITH | Chapter 13 |
| , Debtor | |

## DECLARATION IN SUPPORT OF MOTION

## FOR ORDER EXTENDING §362 AUTOMATIC STAY

I, Jerry Michael Smith, the Debtor herein, hereby submit this Declaration in Support of Motion for Order Extending the §362 Automatic Stay. This Declaration is based on the following facts:

1. I am the Debtor in the above entitled case. My case was filed on November 5, 2016.

2. As shown on page 2 of the filed petition of my case, there was a previously-filed Bankruptcy petition. Specifically, on September 8, 2016, I filed a prior Bankruptcy case (#16-42522). Said case was closed without discharge by Order of the Court on November 5, 2016, for failure to pay the second court fee installment in time.

3. I understand that pursuant to the provisions of §362(c)(3)(A), the fact of a prior filing still pending within the last 12 months limits the provisions of the §362(a) Automatic Stay on my present case to a term of only 30 days, measured from the date of the filing of the new petition.

4. However, I candidly and honestly state that the present case was filed in good faith. To

date, I have met and fulfilled all of my duties and obligations as a Debtor in this Bankruptcy and fully intend to complete my responsibilities as a Debtor.

5. I further state that the dismissal of the prior case was NOT due to the willful inadvertence or negligence on my part. I filed an emergency case *pro se* on the eve of a foreclosure sale. In the previous case as well as the many cases I filed in 2011 and before, I relied upon the advice of a disbarred attorney friend of mine who I believe did not advise me well. I can afford a plan of reorganization and receive enough income to submit a feasible plan in my case. I have hired an experienced attorney to guide me properly in my case.

Wherefore, I respectfully join with my attorney in moving this Court to extend the §362 Automatic Stay to a termination date coinciding with the date of Discharge of Debtor, under §523 or the dismissal of the case, whichever occurs first.

CERTIFICATION

I, Jerry Michael Smith, hereby certify under penalty of perjury that I have read the foregoing Declaration in Support of Motion for Order Extending §362 Automatic Stay. I further certify that the contents thereof are true and correct to the best of my knowledge and belief. Executed on November 16, 2016, at Orinda, California.


/s/ Jerry Michael Smith
Jerry Michael Smith